NO. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. 10-13-00401-CR
IN THE COURT OF APPEALS FOR THE
TENTH SUPREME JUDICIAL DISTRICT
OF TEXAS AT WACO

NO. F46739
IN THE 413th JUDICIAL DISTRICT
COURT OF JOHNSON COUNTY, TEXAS

_____

GARY EVAN MATTHEWS,
Appellant,

V.

THE STATE OF TEXAS,
Appellee.

_____

## MOTION TO SUSPEND T.R.A.P. 9.3(b)

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW GARY EVAN MATTHEWS, Appellant pro se, and respect-fully moves this Honorable Court to suspend Rule 9.3(b) of the Texas Rules of Appellate Procedure. In support, Appellant would show the following:

## I.

Appellant is presently incarcerated at the William Clements Unit of the Texas Department of Criminal Justice. Appellant does not have access to either a photocopy machine or photocopy services and, as a result, is unable to prepare the number of

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 07 2015

Abel Acosta, Clerk

4.

FILED IN
COURT OF CRIMINAL APPEALS

JAN 08 2015

Abel Acosta, Clerk

Copies of his pro se petition as required by T.R.A.P. 9.3(b).

<u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Honorable Court will GRANT this Motion and suspend T.R.A.P. 9.3(b) and allow Appellant to file the original petition with certificate of service.

Respectfully submitted

/s/ _Gary Evan Matthews_

Gary Evan Matthews
TDCJ-CID# 01883270
William Clements Unit
9601 Spur 591
Amarillo, Texas 79107
APPELLANT, PRO SE

<u>CERTIFICATE OF SERVICE</u>

I aver under penalty of perjury that true copies of the foregoing Motion for Extension of Time to File Pro Se Petition for Discretionary Review and Motion to Suspend T.R.A.P. 9.3(b) were mailed First-Class, Postage Pre-Paid, from the Unit Mailroom of the William Clements Unit of the Texas Department of Criminal Justice — Correctional Institutions Division on this the 31st day of December, 2014, and addressed as follows:

David W. Vernon
Assistant District Attorney
204 S. Buffalo, Suite 209
Guinn Justice Center
Cleburne, Texas 76033

5.

/S/ _____
Gary Evan Matthews
Appellant, pro se


## INMATE DECLARATION

I, Gary Evan Matthews, TDCJ-CID # 01883270, being presently incarcerated in the William Clements Unit of the Texas Department of Criminal Justice - Correctional Institutions Division in Potter County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

Signed on this the 31st day of December, 2014.

/S/ _____
Gary Evan Matthews
Appellant, pro se

6.